IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |  |
|---|---|---|
| **ANTHONY DUNCAN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civil No. **06-4042-JPG** |
| | ) | |
| **UNION PACIFIC RAILROAD,** | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's motion to strike defendant's "reply" to plaintiff's responses to defendant's request for admissions. **(Doc. 26).** Plaintiff correctly observes that a motion is required if defendant wants the Court to determine the sufficiency of plaintiff's responses to the request for admissions. **Fed.R.Civ.P. 36(a).**

**IT IS THEREFORE ORDERED** that plaintiff's motion to strike defendant's "reply" to plaintiff's responses to defendant's request for admissions **(Doc. 26)** is **GRANTED**. The Clerk of Court shall have the record reflect that **Doc. 24** is **STRICKEN**.

**IT IS SO ORDERED.**

**DATED: October 16, 2006**

                                                **s/ Clifford J. Proud**
                                                **CLIFFORD J. PROUD**
                                                **U. S. MAGISTRATE JUDGE**